RECEIVED JB
2/7/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois
___EASTERN_____ Division

| | |
|---|---|
| JERMAINE APPLEWHITE | Case No. **23CV770** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | Judge Gettleman |
| JASON DESANTO d/b/a/ WINDY CITY JAY TRUCK SALES,INC | Magistrate Judge Weisman RANDOMLY ASSIGNED CAT 3 |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jermaine Applewhite |
   | Street Address | 3905 Tower Drive apt A508 |
   | City and County | Richten Park, COOK COUNTY |
   | State and Zip Code | ILLINOIS 60471 |
   | Telephone Number | 630-886-9740 |
   | E-mail Address | Jermaine7414@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Jason Desanto d/b/a WINDY CITY JAY TRUCK SALES, INC
- Job or Title (if known):
- Street Address: 1110 Manhattan Road
- City and County: Joliet
- State and Zip Code: ILLINOIS 60433
- Telephone Number: 630-378-2500
- E-mail Address (if known): www.windycityjaytrucksales.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Illinois Compiled Statutes (815 ILCS 505/) Consumer Fraud and Deceptive Business Practices Act, Truth in Lending Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jermaine Applewhite , is a citizen of the State of *(name)* ILLINOIS .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* WINDY JAY TRUCK SALES,INC , is incorporated under the laws of the State of *(name)* ILLINOIS , and has its principal place of business in the State of *(name)* ILLINOIS

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* ILLINOIS .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount in controversy is $463,392 because Jason desanto d/b/a Windy City jay truck sales knowingly and willfully did not comply with the Consumer Fraud and Deceptive Business Practices Act and Truth in Lending Act.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Jason Desanto d/b/a Windy City jay trucking sales failed to provide me with a notice of cancellation document when I did a credit transaction with them April 2022. That's a violation of the consumer fraud and deceptive business practices act and the Truth in lending act. Both of those acts where put in place to ensure that consumers receive accurate information when they enter into credit transactions. Both the acts ensures that I was supposed to receive that document and I did not receive it. I also sent emails with my notice of cancellation but my document got ignored and I was told there is no cancellation of contract. see statement of claim cont,

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Im entitled to damages because Jason desanto d/b/a windy city jay truck sales, inc willfully and maliciously violated the law and continues to do so at this present time and I have emails and call logs to prove it. The actual amount of damages is $77,232, the basis for this amount is for the total of the alleged transaction. Im entitled to punitive damages totaling the amount of $154,464 because they fraudulently, oppressively and grossly reckless continue to break the law with no consequences and they need to be punished for outrageous conduct.

STATE OF CLAIM CONT,

I, the consumer is entitled to the damages sought because Jason Desanto d/b/a Windy City jay truck sales,inc knowingly and willfully violated the law and did not comply with illinois compiled statute and as a result they are imposing repossession to bring harm to my creditably to other financial institutions. This has caused me hardship. I cant sleep,eat, or function because of their actions and they need to be stopped immediately.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-6-2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Jermaine Applewhite

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address