ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jermaine Applewhite,

Plaintiff(s),

v.

Jason DeSanto,

Defendant(s).

Case No. 23-cv-00770
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $             ,

which ☐ includes         pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: this case is dismissed with prejudice in part (as to any federal Truth in Lending Act claims) and without prejudice in part (as to any state-law claims). If plaintiff has a claim under state law, he may pursue it in state court.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 3/3/2023

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk